IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>SEAN THOMAS ORABONA,<br><br>Debtor<br><br>REGIONAL ACCEPTANCE CORPORATION,<br><br>Movant<br><br>v.<br><br>SEAN THOMAS ORABONA,<br>SCOTT F. WATERMAN, Chapter 13 Trustee,<br>Respondents | Bankruptcy No. 21-12880-pmm<br><br>Chapter 13<br><br>Document No. 21 |

## ORDER OF COURT

AND NOW, this 14th day of __June__, 2022, upon consideration of the foregoing *Certification of Default of Stipulation to Resolve the Motion for Relief from Automatic Stay RE: 2017 Ford Expedition EL Utility 4D Limited, VIN# 1FMJK2AT9HEA5851*, it is hereby ORDERED, ADJUDGED AND DECREED, that relief from the automatic stay pursuant to 11 U.S.C. § 362 is granted as to the interest of Regional Acceptance Corporation.

*/s/ Patricia M. Mayer*
_____
Honorable Patricia M. Mayer
United States Bankruptcy Court Judge