United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 21-12880-pmm

Sean Thomas Orabona                                                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                          User: admin                                  Page 1 of 2
Date Rcvd: Jun 28, 2022                       Form ID: pdf900                        Total Noticed: 5

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Thomas Orabona, 224 Koenig Road, Bernville, PA 19506-8500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jun 29 2022 00:15:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jun 29 2022 00:15:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jun 29 2022 00:15:00 | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Jun 29 2022 00:18:40 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 30, 2022                    Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 28, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|

District/off: 0313-4                         User: admin                                    Page 2 of 2
Date Rcvd: Jun 28, 2022                      Form ID: pdf900                                 Total Noticed: 5

ANDREW M. LUBIN
                        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@mwc-law.com, bkecf@milsteadlaw.com

KERI P EBECK
                        on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

MARISA MYERS COHEN
                        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com

PETER J. MULCAHY
                        on behalf of Debtor Sean Thomas Orabona pmulcahy@recoverylawgroup.com  info@recoverylawgroup.com

REBECCA ANN SOLARZ
                        on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                        ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 7

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Sean Thomas Orabona | | CHAPTER 13 |
| | Debtor(s) | |
| BANK OF AMERICA, N.A. | | |
| | Movant | |
| vs. | | NO. 21-12880 PMM |
| Sean Thomas Orabona | | |
| | Debtor(s) | |
| Scott F. Waterman | | 11 U.S.C. Section 362 |
| | Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1.   The post-petition arrearage on the Vehicle held by the Movant on the Debtor's N 2017 GRAND DESIGN 3150BH ("Vehicle"), bearing a VIN Number 573TE3629H3402479, is **$767.36** , which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | March 30, 2022  through May 30, 2022 at  $283.42/month |
| Suspense Balance: | ($82.90) |
| **Total Post-Petition Arrears** | **$767.36** |

2.   The Debtor(s) shall cure said arrearages in the following manner;

a).  Within fourteen (14) days, following court approval of the Stipulation, Debtor(s) shall an immediate full payment of the total arrears of **$767.36** to the address below:

BANK OF AMERICA, N.A.
P.O. BOX 660933
DALLAS, TX 75266

b).   Maintenance of the monthly vehicle payments to the Movant shall resume on or about June 30, 2022 and thereafter.

3.   Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.   In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation and the loan is more than sixty (60) days in default, the Movant shall notify

Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.      The stay provided by Bankruptcy Rule 4001(a)(3) is waived .

6.      If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7.      If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8.      The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9.      The parties agree that a facsimile signature shall be considered an original signature.

Date:    June 15, 2022                       By: */s/ Rebecca A. Solarz, Esquire*
                                             Attorney for Movant
                                             KML Law Group, P.C.


Date: 6/17/2022 _____              */s/ Peter J. Mulcahy, Esquire* _____
                                             Peter J. Mulcahy, Esq.
                                             Attorney for Debtor(s)

Date: 6/24/22 _____                _____
                                             Scott F. Waterman, Esq.
                                             Chapter 13 Trustee


Approved by the Court this 27th day of ___June_____, 2022. However, the court retains discretion regarding entry of any further order.

_____
Bankruptcy Judge
Patricia M. Mayer