| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
**Chapter 13 Case No. 21-12880-PMM**

Sean Thomas Orabona
224 Koenig Road
Bernville  PA    19506

Petition Filed Date: 10/22/2021
341 Hearing Date: 11/23/2021
Confirmation Date: 03/17/2022

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/10/2021 | $1,022.00 | | 02/04/2022 | $511.00 | | 03/21/2022 | $1,022.00 | |
| 05/09/2022 | $1,024.00 | | 05/13/2022 | $205.50 | | 05/31/2022 | $205.50 | |
| 06/10/2022 | $205.50 | | 06/27/2022 | $205.50 | | 07/12/2022 | $205.50 | |

**Total Receipts for the Period: $4,606.50    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,606.50**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | NAVY FEDERAL CREDIT UNION<br>»» 001 | Unsecured Creditors | $453.98 | $0.00 | $453.98 |
| 2 | NAVY FEDERAL CREDIT UNION<br>»» 002 | Unsecured Creditors | $4,369.76 | $0.00 | $4,369.76 |
| 3 | NAVY FEDERAL CREDIT UNION<br>»» 003 | Unsecured Creditors | $26,773.05 | $0.00 | $26,773.05 |
| 4 | REGIONAL ACCEPTANCE CORP<br>»» 004 | Secured Creditors | $2,524.12 | $0.00 | $2,524.12 |
| 5 | READING AREA WATER AUTHORITY<br>»» 005 | Secured Creditors | $1,717.83 | $0.00 | $1,717.83 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $6,102.79 | $2,234.98 | $3,867.81 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $150.88 | $0.00 | $150.88 |
| 8 | EDUCATIONAL CREDIT MGMT CORP<br>»» 007 | Unsecured Creditors | $1,178.89 | $0.00 | $1,178.89 |
| 9 | DIAMOND FEDERAL CREDIT UNION<br>»» 008 | Unsecured Creditors | $3,965.74 | $0.00 | $3,965.74 |
| 10 | MET-ED FIRST ENERGY COMPANY<br>»» 009 | Unsecured Creditors | $3,559.38 | $0.00 | $3,559.38 |
| 11 | PENNYMAC LOAN SERVICES LLC<br>»» 010 | Mortgage Arrears | $11,876.39 | $0.00 | $11,876.39 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $1,049.32 | $0.00 | $1,049.32 |
| 13 | BANK OF AMERICA<br>»» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | ARMY & AIR FORCE EXCHANGE SERVICES<br>»» 013 | Unsecured Creditors | $8,756.99 | $0.00 | $8,756.99 |
| 15 | SYNCHRONY BANK<br>»» 014 | Unsecured Creditors | $3,242.95 | $0.00 | $3,242.95 |
| 0 | Peter Mulcahy, Esquire | Attorney Fees | $2,003.00 | $2,003.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,606.50 | Current Monthly Payment: | $511.00 |
| Paid to Claims: | $4,237.98 | Arrearages: | ($7.50) |
| Paid to Trustee: | $368.52 | Total Plan Base: | $30,660.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.