**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:    Sean Thomas Orabona<br>             Debtor<br><br>PennyMac Loan Services, LLC, or its Successor or Assignee<br>                    Movant<br>          vs.<br><br>SCOTT F. WATERMAN (Chapter 13), Trustee<br>Sean Thomas Orabona<br>                    Respondent(s) | Chapter 13<br>Bankruptcy No. 21-12880-pmm |

## ORDER

AND NOW, this 11th day of January, 2023, ~~2022~~, it is hereby ORDERED that the automatic stay of Bankruptcy Code ' 362(a) and 1301 be, and the same hereby is, MODIFIED to permit PennyMac Loan Services, LLC, or its Successor or Assignee to exercise applicable state court remedies with respect to the property located at: 224 Koenig Road, Bernville, Pennsylvania 19506.

_____
Patricia M. Mayer
United States Bankruptcy Judge