United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-12880-pmm

Sean Thomas Orabona                                                                             Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4                                  User: admin                                    Page 1 of 3

Date Rcvd: Jan 12, 2023                              Form ID: pdf900                          Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Sean Thomas Orabona, 224 Koenig Road, Bernville, PA 19506-8500 |
| 14644685 | | Arcadia, PO Box, Reading, PA 19610 |
| 14691210 | + | BANK OF AMERICA, N.A., C/O Rebecca Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14644687 | + | Cindy Ellis, 213 Garfield Rd., Bernville, PA 19506-9516 |
| 14644691 | ++ | MET ED FIRST ENERGY, 101 CRAWFORD CORNER RD, BLDG 1 SUITE 1-511, HOLMDEL NJ 07733-1976 address filed with court:, MetEd, PO Box 16001, Reading, PA 19612 |
| 14651234 | + | Metropolitan Edison Company, 101 Crawford's Corner Road, Building # 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 14644697 | + | Pennstate Health, 500 University Drive, Hershey, PA 17033-2360 |
| 14644699 | + | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 13 2023 00:35:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 13 2023 00:35:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14644682 | + | Email/Text: BankruptcyNotices@aafes.com | Jan 13 2023 00:35:00 | AAFES, Attn: Bankruptcy, Po Box 650060, Dallas, TX 75265-0060 |
| 14644683 | | Email/Text: bncnotifications@pheaa.org | Jan 13 2023 00:35:00 | American Education Services (AES), PO Box 2461, Harrisburg, PA 17105-2461 |
| 14644684 | + | Email/Text: bncnotifications@pheaa.org | Jan 13 2023 00:35:00 | American Education Services/PHEAA, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 14656509 | + | Email/Text: BankruptcyNotices@aafes.com | Jan 13 2023 00:35:00 | Army & Air Force Exchange Services, Attention GC-G, 3911 S. Walton Walker Blvd., Dallas, TX 75236-1509 |
| 14644686 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 13 2023 00:35:00 | Bank Of America, Attn: Bankruptcy, Po Box 982238, El Paso, TX 79998-2238 |
| 14653510 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jan 13 2023 00:35:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 14644688 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2023 00:35:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14644689 | + | Email/Text: bankruptcy@diamondcu.com | Jan 13 2023 00:35:00 | Diamond Cu, Attn: Bankruptcy, 1600 Medical Dr, Pottstown, PA 19464-3281 |
| 14684661 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 13 2023 00:35:00 | ECMC, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 14644690 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |

District/off: 0313-4                              User: admin                                    Page 2 of 3
Date Rcvd: Jan 12, 2023                           Form ID: pdf900                                Total Noticed: 39

| | | | |
|---|---|---|---|
| | | Jan 13 2023 00:35:00 | Internal Revenue Service, Centralized Insolvency, P.O. Box 211126, Philadelphia, PA 19114 |
| 14644692 | + Email/Text: Bankruptcies@nragroup.com | | |
| | | Jan 13 2023 00:35:00 | National Recovery Agency, Attn: Bankruptcy, Po Box 67015, Harrisburg, PA 17106-7015 |
| 14644693 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Jan 13 2023 00:35:00 | Navy FCU, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14644694 | + Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Jan 13 2023 00:35:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po Box 3000, Merrifield, VA 22119-3000 |
| 14644695 | Email/Text: ext_ebn_inbox@navyfederal.org | | |
| | | Jan 13 2023 00:35:00 | Navy Federal Credit Union, Po Box 3000, Merrifield, VA 22119-3000 |
| 14648884 | + Email/Text: bncnotifications@pheaa.org | | |
| | | Jan 13 2023 00:35:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14644696 | Email/Text: paparalegals@pandf.us | | |
| | | Jan 13 2023 00:35:00 | Patenaude & Felix, A.P.C., 501 Corporate Center Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317 |
| 14644698 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jan 13 2023 00:36:32 | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 14651342 | + Email/PDF: ebnotices@pnmac.com | | |
| | | Jan 13 2023 00:36:32 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14653505 | Email/Text: bnc-quantum@quantum3group.com | | |
| | | Jan 13 2023 00:35:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14645992 | Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | Jan 13 2023 00:36:54 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 14644701 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | Jan 13 2023 00:36:54 | Regional Acceptance Corporation, PO Box 830913, Birmingham, AL 35283-0913 |
| 14644700 | + Email/PDF: RACBANKRUPTCY@BBANDT.COM | | |
| | | Jan 13 2023 00:36:54 | Regional Acceptance Corporation, Attn: Bankruptcy, 1424 East Fire Tower Road, Greenville, NC 27858-4105 |
| 14657311 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 13 2023 00:36:53 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14644832 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 13 2023 00:36:52 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14644702 | + Email/PDF: gecsedi@recoverycorp.com | | |
| | | Jan 13 2023 00:36:29 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14644704 | Email/Text: paparalegals@pandf.us | | |
| | | Jan 13 2023 00:35:00 | TD Bank USA. N.A., C/O Patenaude & Felix. A.P.C., 501 Corporate Drive, Southpointe Center, Suite 205, Canonsburg, PA 15317 |
| 14644703 | + Email/Text: bncmail@w-legal.com | | |
| | | Jan 13 2023 00:35:00 | Target, c/o Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 14644705 | + Email/Text: bkelectronicnotices@usaa.com | | |
| | | Jan 13 2023 00:35:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14644706 | + Email/Text: documentfiling@lciinc.com | | |
| | | Jan 13 2023 00:35:00 | Xfinity, PO Box 6505, Chelmsford, MA 01824-0905 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

Recip ID        Bypass Reason   Name and Address

District/off: 0313-4                              User: admin                                          Page 3 of 3
Date Rcvd: Jan 12, 2023                           Form ID: pdf900                                   Total Noticed: 39

| | | |
|---|---|---|
| cr | * | ECMC, P.O. BOX 16408, ST. PAUL, MN 55116-0408 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14645771 | *+ | NAVY FEDERAL CREDIT UNION, P. O. BOX 3000, MERRIFIELD, VA 22119-3000 |
| 14645770 | *+ | Navy Federal Credit Union, P.O. Box 3000, Merrifield, VA 22119-3000 |
| 14647506 | *+ | Reading Area Water Authority, 1801 Kutztown Road, Reading, PA 19604-1515 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2023                          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 12, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW M. LUBIN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@mwc-law.com, bkecf@milsteadlaw.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor BANK OF AMERICA  N.A. bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KERI P EBECK | on behalf of Creditor Regional Acceptance Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| MARISA MYERS COHEN | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC ecfmail@mwc-law.com, mcohen@mwc-law.com |
| PETER J. MULCAHY | on behalf of Debtor Sean Thomas Orabona pmulcahy@recoverylawgroup.com  info@recoverylawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

      Sean Thomas Orabona

                Debtor

Chapter 13

Bankruptcy No. 21-12880-PMM

## ORDER DISMISSING CHAPTER 13 CASE

      AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

      IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from  payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

      IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: January 12, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE